# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00098(20)-ADA |
| | § | |
| (20) WILLIAM BRETT LAFFERTY | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 22, 2025, wherein the defendant (20) WILLIAM BRETT LAFFERTY waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (20) WILLIAM BRETT LAFFERTY to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (20) WILLIAM BRETT LAFFERTY's plea of guilty to Count Two (2) is accepted.

Signed this 4th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE